**Order entered July 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00253-CV

### IN THE INTEREST OF S.K.D AND J.E.D., MINOR CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-19830-Z**

## ORDER

The above-numbered cause is **ORDERED** reinstated as of the date of this order.


/s/     DAVID L. BRIDGES
          JUSTICE